IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER CALLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-cv-00074 |
| | ) | |
| CONTRACT PROPERTIES | ) | JUDGE CAMPBELL |
| LOT SERVICES, INC., | ) | |
| | ) | |
| Defendant, | ) | |

**DEFENDANT'S MOTION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**

Comes Defendant, by and through counsel, pursuant to Fed. R. Civ. P. 6(b), and moves this Court to continue the Initial Case Management Conference currently set for March 18, 2013, at 10:00 a.m. In support of its Motion, Defendant states as follows:

On February 1, 2013, an Order was entered by this Court setting the Initial Case Management Conference for March 18, 2013, at 10:00 a.m. Counsel for Defendant was retained on February 27, 2013. Counsel for Defendant will be out-of-town on a family vacation on March 18, 2013. Because counsel for Defendant will be conducting much of the discovery, it is necessary for him to be present at that conference. Therefore, Defendant requests that the Initial Case Management Conference be reset to another date.

Counsel for Defendant has conferred with counsel for Plaintiff regarding this matter. Counsel for Plaintiff is not opposed to the requested continuance.

**ORDER**
**Motion Granted** and the Initial Case Management Conference
/S/ Joe B. Brown   is reset for Monday, April 1, 2013 at 9:30 a.m.
**JOE B. BROWN**
**Magistrate Judge**